UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | |
|---|---|
| CTIA - THE WIRELESS ASSOCIATION </br></br> Plaintiff, </br></br> v. </br></br> KENTUCKY 911 SERVICES BOARD; </br></br> JOSIAH KEATS, in his official capacity as Chair of the Kentucky 911 Services Board; </br></br> MIKE SUNSERI, in his official capacity as administrator of the Kentucky 911 Services Board; and </br></br> UNKNOWN BOARD MEMBERS, in their official capacity as board members of the Kentucky 911 Services Board </br></br> Defendants | CIVIL ACTION NO. 3:20-CV-00043-GFVT |

**AGREED STIPULATIONS**

Counsel for Plaintiff, CTIA – The Wireless Association ("CTIA"), and Defendants, Kentucky 911 Services Board ("Board"), Josiah Keats, in his official capacity as Chair of the Board ("Keats"), Mike Sunseri, in his official capacity as administrator of the Board ("Sunseri"), and Unknown Board Members, in their official capacity as board members of the Board, conferred in accordance with Federal Rule of Civil Procedure 26(f) and agree on the following factual stipulations:

1. The Federal Communications Commission ("FCC") created the Lifeline program in 1985.

2. In 1996, Congress adopted the Telecommunications Act of 1996 (the "Telecommunications Act").

3. In 2012, the FCC implemented by regulation a uniform subsidy amount of either $5.25 (for voice-only Lifeline plans) or $9.25 (for plans including broadband) per household for non-Tribal subscribers. 47 C.F.R. § 54.403.

4. The $5.25 or $9.25 per household uniform subsidy structure remains in place for services that are fully supported by the Lifeline program.

5. The Lifeline program is administered by the FCC through the auspices of the Universal Service Administrative Company ("USAC"). USAC is responsible for data collection and maintenance, support calculation, disbursements, and assisting consumers with Lifeline eligibility and enrollment for the program.

6. The FCC's rules governing the provision of Lifeline service are codified at 47 C.F.R. part 54.

7. Multiple CTIA wireless carrier members and member affiliates are entities that have their principal place of business in a state other than Kentucky and offer Lifeline services, including Free Lifeline Only Service.

8. In 2020, CMRS[1] providers, including multiple CTIA members and member affiliates, provided wireless Lifeline service to approximately one hundred thousand (100,000) Kentuckians. A Free Lifeline Only Service plan provides the end user with a CMRS connection, voice, and broadband wireless internet access. Text messaging may be included under 47 C.F.R. § 54.408, which sets minimum service standard for data usage for Lifeline supported services. *Accord* 47 C.F.R. § 54.407(c)(v). Voice-only plans, which receive a lesser subsidy, include voice but not the additional services. *See* 47 C.F.R. § 54.403(a)(2)(v).

---

[1] "CMRS" is a "commercial mobile radio service," as defined at KRS 65.7621.

9. There are multiple CMRS providers offering Lifeline in the Kentucky marketplace.

10. The Wireless Telecommunications Tax and Fee Collection Fairness Act of 2018, 47 U.S.C. § 1510 ("the Fairness Act") was enacted on March 23, 2018.

11. Under KRS 65.7621 to KRS 65.7643, the Board collects CMRS service charges and disburses money to local entities in connection with the provision of wireless 911 emergency telephone service." In September of 2019, the Board suspended the collection of CMRS Service Charges for the wireless Lifeline program to avoid confusion over whether KRS 65.7636 conflicted with the Fairness Act.

12. On March 27, 2020, Kentucky Governor Andy Beshear signed 2020 Ky. Acts. c. 37, § 1 (2020 HB 208), which was proposed and enacted by the Kentucky General Assembly in the 2020 regular session, to amend KRS 65.7636.

13. A fiscal analyst for the Kentucky Legislative Research Commission prepared the Fiscal Note Statement for 2020 HB 208 using the Department of Homeland Security and Federal Communications Commission as data sources. The Fiscal Explanation portion of the Fiscal Note Statement states: "The Lifeline program, established by the Federal Communications Commission (FCC), provides federal funding for discounted monthly telephone service and internet access to eligible low-income consumers in every state. This includes cellular and landline telephone services provided by commercial mobile radio service (CMRS) providers. The Kentucky 911 Services Board receives $.70 per month per CMRS connection, including Lifeline connections, to pay for various expenses necessary to provide wireless 911 services to people across the state. As a result of this measure, Lifeline service providers would be required to remit the postpaid rate of $.70/month on behalf of Lifeline customers to the Kentucky 911 Services Board."

14. The Kentucky Universal Service Fund was created by order of the Commonwealth of Kentucky Public Service Commission, specifically Administrative Case No. 360, Order dated May 22, 1998, available at https://psc.ky.gov/order_vault/Orders_1998/19000360_05221998.pdf.

15. No CTIA member ceased providing Lifeline service in Kentucky between January 1, 2017 and December 31, 2022.

16. No CTIA member ceased providing Free Lifeline Only Service plans in Kentucky between January 1, 2017 and December 31, 2022.

17. No CTIA member is currently operating in Kentucky as a not-for-profit entity.

18. As of December, 2022, the number of mobile Lifeline subscribers in Kentucky was approximately 125,000.

19. The parties stipulate to the authenticity of the Fiscal Note Statement, available at https://apps.legislature.ky.gov/recorddocuments/note/20RS/hb208/FN.pdf, as well as the Kentucky General Assembly's "Summary of Original Version" of House Bill 208 (Regular Session 2020), available at https://apps.legislature.ky.gov/record/20rs/hb208.html, and the recordings of General Assembly proceedings related to House Bill 208, available at https://www.ket.org/legislature/.

20. The parties stipulate to the authenticity of the correspondence from Mike Sunseri to Lifeline providers re: Suspension of the collection of 911 fees for Kentucky Lifeline CMRS subscribers (dated September 24, 2019), attached to the First Amended Complaint as Exhibit A.

21. The parties stipulate to the authenticity of publications on governmental websites, including without limitation Senator Joe Manchin's statement on the Telecommunications

Act found in *W.V. Priorities in the FY 2018 Omnibus,* available at https://www.manchin.senate.gov/imo/media/doc/WV%20Priorities%20in%20FY18%20Omnibus.pdf?cb (last visited January 20, 2023); the FCC's publications on its website, https://www.fcc.gov, and its related pages; and the Kentucky Public Service Commission's publications and orders, available through its website, https://psc.ky.gov/.

22. The parties agree to the authenticity of the Universal Service Administration Company's publications, including the USAC's resources and data on its websites https://www.usac.org/ and https://opendata.usac.org and their related website pages.

23. The parties agree to the authenticity of the 911 Board's past meeting agendas and meeting minutes published and available on its website, https://911board.ky.gov/Pages/index.aspx and its related website pages.

Respectfully submitted,

/s/Shawn D. Chapman
Shawn D. Chapman (KBA No. 89499)
Public Protection Cabinet
500 Mero St., 218NC
Frankfort, Kentucky 40601
Telephone: (502) 782-1868
ShawnD.Chapman@ky.gov

August Lincoln Pozgay (KBA No. 99173)
Kentucky Real Estate Authority
Public Protection Cabinet
500 Mero Street, 2NE09
Frankfort, Kentucky 40601
Telephone: (502) 782-0714
August.Pozgay@ky.gov

Jacob C. Walbourn (KBA No. 93870)
Public Protection Cabinet
Office of Legal Services
500 Mero St., 218NC

Frankfort, Kentucky 40601
Telephone: (502) 782-0719
Fax: (502) 564-3969
Jacob.Walbourn@ky.gov

*Counsel for Defendants*

/s/ Lauren Nichols (w/ permission)
Mark A. Loyd (KBA No. 88976)
Brent R. Baughman (KBA No. 83469)
A. Lauren R. Nichols (KBA No. 94370)
Dentons Bingham Greenebaum LLP
101 South Fifth Street, Suite 3500
Louisville, KY 40202
(502) 587-3552
mark.loyd@dentons.com
brent.baughman@dentons.com
lauren.nichols@dentons.com
Joshua S. Turner
Weiley Rein LLP
2050 M Street NW
Washington, DC 20036
jturner@wileyrein.com
COUNSEL FOR PLAINTIFF,
CTIA – THE WIRELESS ASSOCIATION

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/Shawn D. Chapman
Shawn D. Chapman