# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# FRANKFORT DIVISION

| | |
|---|---|
| CTIA – THE WIRELESS ASSOCIATION, | ) |
| | ) |
| PLAINTIFF, | ) |
| V. | ) |
| | ) CIVIL ACTION NO. 3:20-CV-00043-GFVT |
| KENTUCKY 911 SERVICES BOARD; ET AL., | ) |
| | ) |
| | ) |
| DEFENDANTS. | ) |
| | ) |

## PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES, REQUESTS FOR ADMISSION, AND REQUESTS FOR PRODUCTION OF DOCUMENTS

Plaintiff, CTIA – The Wireless Association ("Plaintiff" or "CTIA"), by counsel, hereby notifies the Court and all parties that Responses to Defendants' First Set of Interrogatories, Requests for Admission and Requests for Interrogatories were served on all parties via electronic mail on March 20, 2023.

Respectfully Submitted,

*/s/ A. Lauren R. Nichols*
Mark A. Loyd (KBA No. 88976)
Brent R. Baughman (KBA No. 83469)
A. Lauren R. Nichols (KBA No. 94370)
Dentons Bingham Greenebaum LLP
101 South Fifth Street, Suite 3500
Louisville, KY 40202
(502) 587-3552
mark.loyd@dentons.com
brent.baughman@dentons.com
lauren.nichols@dentons.com

1

22759906

Joshua S. Turner
Weiley Rein LLP
2050 M Street NW
Washington, DC 20036
jturner@wileyrein.com

COUNSEL FOR PLAINTIFF,
CTIA – THE WIRELESS ASSOCIATION

22759906

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24th, 2023, I electronically filed the foregoing notice with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ A. Lauren R. Nichols
A. Lauren R. Nichols

22759906