**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**FRANKFORT DIVISION**

| | |
|---|---|
| CTIA – THE WIRELESS ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>KENTUCKY 911 SERVICES BOARD, *et al.*,<br><br>Defendants. | Case No. 3:20-cv-43-GFVT-EBA |

**UNITED STATES OF AMERICA'S REQUEST TO EXTEND TIME TO INTERVENE**

On December 21, 2022, Defendants Kentucky 911 Services Board, Josiah Keats in his official capacity as Chair of the Kentucky 911 Services Board, Mike Sunseri, as Administrator of the Kentucky 911 Services Board, and Unknown Board Members of the Kentucky 911 Services Board in their official capacities ("Defendants") filed and served a Notice of Constitutional Question in the above-captioned litigation pursuant to Federal Rule of Civil Procedure 5.1(a). *See* ECF 45. For the reasons discussed below, counsel for the United States respectfully requests that the Court extend the time period during which the United States may intervene from September 25, 2023, to October 16, 2023.

In their Notice of Constitutional Question, Defendants argued that two of the statutes forming the basis of Plaintiff CTIA's First Amended Complaint, 47 U.S.C. § 1510 and 47 U.S.C. § 254, are unconstitutional because they commandeer the States in violation of the Tenth Amendment. *See* ECF No. 45 at 2. On February 21, 2023, the United States filed an Acknowledgement of the Constitutional Challenge, stating that intervention was not warranted at that time because no filing "details the basis of Defendants' constitutional challenge or seeks a

1

Court ruling striking down any provision of the federal statutes." *See* ECF 51 at 2. The United States further stated that "[s]hould the constitutionality of 47 U.S.C. § 1510 or 47 U.S.C. § 254 be challenged in a future motion or other filing following further factual development, the United States respectfully requests that, pursuant to Federal Rule of Civil Procedure 5.1 and 28 U.S.C. § 2403, it be given the opportunity to intervene within 60 days of that filing for purposes of defending the statutes' constitutionality." *See id.* On July 26, 2023, Defendants moved for judgment on the pleadings or, alternatively, summary judgment, arguing, among other things, that Section 1510(c)(1) of the Wireless Telecommunications Tax and Fee Collection Fairness Act of 2018 ("Fairness Act") and Sections 254(f) and 254(i) of the Communications Act of 1934 ("Communications Act") violate the Tenth Amendment. *See* Defendants' Motion for Summary Judgment at 8–9. Currently, the Government's deadline to intervene in this matter to defend the constitutionally of Section 1510(c)(1) of the Fairness Act and Sections 254(f) and 254(i) of the Communications Act is September 25, 2023.

     Counsel for the United States respectfully advises the Court that the United States has not yet decided whether to intervene in this action. The approval of the Solicitor General is required for the United States to intervene in an action to defend the constitutionality of a federal statute. *See* 28 C.F.R. § 0.21. The process of obtaining approval from the Solicitor General generally takes at least several weeks, and the necessary approval cannot be obtained by the original deadline for intervention.

     Accordingly, counsel for the United States respectfully requests that the Court extend the time period during which the United States may intervene to October 16, 2023. If the United States intervenes, it will file its memorandum in defense of the constitutionality of Section 1510(c)(1) of the Fairness Act and Sections 254(f) and 254(i) of the Communications Act that same day.

Defendants and Plaintiff do not oppose the United States' request for an extension. A proposed order is attached.

Dated: September 19, 2023              Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

*/s/ Pardis Gheibi*
PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

*Counsel for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2023, I electronically filed this document with the Court by using the CM/ECF system, and that this document was distributed via the Court's CM/ECF system.

*/s/ Pardis Gheibi*
