UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CIVIL ACTION NO. 3:20-CV-00043-GFVT-EBA

THE WIRELESS ASSOCIATION,                                                                 PLAINTIFF,

V.                                                **ORDER**

KENTUCKY 911 SERVICES BOARD, *et al.*,                                               DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the parties' Joint Motion by Plaintiff and Defendants to Continue the Trial and Set Aside Associated Deadlines. [R. 86]. The Court previously issued a scheduling order establishing pretrial deadlines and setting this matter for trial on January 30, 2024. [R. 43]. Since then, the parties have filed dispositive motions that are, as of the date of this Order, still pending before the Court. [R. 58; R. 62]. Because these motions may resolve the case, the parties now wish to continue the pending pretrial deadlines and trial date in this matter until these dispositive motions have been resolved. [R. 86]. Accordingly,

IT IS ORDERED that the parties' Joint Motion by Plaintiff and Defendants to Continue the Trial and Set Aside Associated Deadlines [R. 86] is GRANTED. The previously scheduled trial and pending pretrial deadlines in this matter are continued pending the resolution of the parties' dispositive motions. [R. 58; R. 62]. If this matter is not resolved after the disposition of these motions, the Court will issue a subsequent order to schedule a pretrial conference to establish new pretrial deadlines and a new trial date.

Signed December 6, 2023.



Signed By:
**_Edward B. Atkins_** *EBA*
**United States Magistrate Judge**